IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOSE L. HUERTAS AND<br>MARIA VIDAL-HUERTAS,<br>      DEBTORS,<br><br><br>CONSUMER PORTFOLIO SERVICE, INC.<br><br>    MOVANT,<br><br>V.<br><br>JOSE L. HUERTAS,<br>MARIA VIDAL-HUERTAS, AND<br>CHARLES J DEHART, III, TRUSTEE.<br><br>    RESPONDENTS. | Bankruptcy No. 4:15-bk-00440-RNO<br><br>Chapter Chapter 13<br><br><br>Doc. No. 46 |

## CERTIFICATE OF NO OBJECTION OR RESPONSE

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 46, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than October 2, 2019.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

      Respectfully submitted,

      BERNSTEIN-BURKLEY, P.C.

      By: /s/*Keri P. Ebeck*
      Keri P. Ebeck, Esq.
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      707 Grant Street
      Suite 2200, Gulf Tower
      Pittsburgh, PA 15219
      Phone - (412) 456-8112
      Fax - (412) 456-8135

      Counsel for Consumer Portfolio Services, Inc.

Dated: October 3, 2019