IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jose L. Huertas<br>Maria Vidal-Huertas | Chapter 13 |
| Debtor(s) | Case No.: 4-15-bk-00440 |

**ENTRY OF APPEARANCE**

To the Clerk:

Kindly enter my appearance on behalf of the debtor in the above-captioned case.

                                                Respectfully submitted,

                                                <u>/s/ Gail L. Hills</u><br>
                                                Gail L. Hills, Esquire<br>
                                                Attorney for debtors<br>
                                                ID #312468<br>
                                                P.O. Box<br>
                                                Carlisle, PA 17013<br>
                                                Phone: (570) 651-9609<br>
                                                Fax: (570) 300-2353<br>
                                                Email: gail.hills@ghillslaw.com