# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOSE L HUERTAS                               Case No.: 4-15-00440-RNO

    MARIA VIDAL-HUERTAS                   Chapter 13

          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

Creditor Name:                M & T BANK
Court Claim Number:         03
Last Four of Loan Number:    8591 - PRE-ARREARS - 929 Prospect Avenue
Property Address if applicable:   929 PROSPECT AVE, , WILLIAMSPORT, PA17701

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14,776.61 |
| b. | Prepetition arrearages paid by the Trustee: | $14,776.61 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $14,776.61 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  April 22, 2020                                             Respectfully submitted,

                                                                                    s/ Charles J. DeHart, III, Trustee
                                                                                    Standing Chapter 13 Trustee
                                                                                    Suite A, 8125 Adams Drive
                                                                                    Hummelstown, PA  17036
                                                                                    Phone:  (717) 566-6097
                                                                                    Fax:  (717) 566-8313
                                                                                    eMail:  dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK  
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1143406 | 02/03/2016 | $160.86 | $0.00 | $160.86 |
| 5200 | 1145036 | 03/02/2016 | $285.72 | $0.00 | $285.72 |
| 5200 | 1146765 | 04/06/2016 | $285.72 | $0.00 | $285.72 |
| 5200 | 1148472 | 05/04/2016 | $285.72 | $0.00 | $285.72 |
| 5200 | 1150131 | 06/14/2016 | $285.72 | $0.00 | $285.72 |
| 5200 | 1151697 | 07/07/2016 | $285.72 | $0.00 | $285.72 |
| 5200 | 1153144 | 08/04/2016 | $285.72 | $0.00 | $285.72 |
| 5200 | 1154690 | 09/01/2016 | $289.36 | $0.00 | $289.36 |
| 5200 | 1156324 | 10/05/2016 | $289.36 | $0.00 | $289.36 |
| 5200 | 1157918 | 11/02/2016 | $289.36 | $0.00 | $289.36 |
| 5200 | 1159526 | 12/06/2016 | $284.51 | $0.00 | $284.51 |
| 5200 | 1161103 | 01/12/2017 | $284.51 | $0.00 | $284.51 |
| 5200 | 1162640 | 02/08/2017 | $284.51 | $0.00 | $284.51 |
| 5200 | 1164164 | 03/09/2017 | $284.51 | $0.00 | $284.51 |
| 5200 | 1165778 | 04/12/2017 | $284.51 | $0.00 | $284.51 |
| 5200 | 1167336 | 05/11/2017 | $287.32 | $0.00 | $287.32 |
| 5200 | 1168909 | 06/13/2017 | $574.66 | $0.00 | $574.66 |
| 5200 | 1171822 | 08/10/2017 | $574.66 | $0.00 | $574.66 |
| 5200 | 1173353 | 09/19/2017 | $287.33 | $0.00 | $287.33 |
| 5200 | 1174666 | 10/11/2017 | $286.11 | $0.00 | $286.11 |
| 5200 | 1175975 | 11/08/2017 | $286.11 | $0.00 | $286.11 |
| 5200 | 1178778 | 01/11/2018 | $572.22 | $0.00 | $572.22 |
| 5200 | 1180171 | 02/08/2018 | $286.11 | $0.00 | $286.11 |
| 5200 | 1182888 | 04/03/2018 | $286.11 | $0.00 | $286.11 |
| 5200 | 1185986 | 05/15/2018 | $572.22 | $0.00 | $572.22 |
| 5200 | 1187312 | 06/07/2018 | $286.11 | $0.00 | $286.11 |
| 5200 | 1188681 | 07/12/2018 | $286.11 | $0.00 | $286.11 |
| 5200 | 1190063 | 08/09/2018 | $286.11 | $0.00 | $286.11 |
| 5200 | 1192699 | 10/10/2018 | $571.00 | $0.00 | $571.00 |
| 5200 | 1194069 | 11/08/2018 | $325.85 | $0.00 | $325.85 |
| 5200 | 1195456 | 12/13/2018 | $325.85 | $0.00 | $325.85 |
| 5200 | 1196839 | 01/10/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1198005 | 02/07/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1199233 | 03/12/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1200576 | 04/11/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1201928 | 05/09/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1203231 | 06/06/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1204624 | 07/11/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1205990 | 08/07/2019 | $325.85 | $0.00 | $325.85 |
| 5200 | 1207446 | 09/26/2019 | $341.25 | $0.00 | $341.25 |
| 5200 | 1208655 | 10/10/2019 | $326.55 | $0.00 | $326.55 |
| 5200 | 1209765 | 11/07/2019 | $326.55 | $0.00 | $326.55 |
| 5200 | 1211102 | 12/12/2019 | $326.55 | $0.00 | $326.55 |
| 5200 | 1212478 | 01/16/2020 | $326.55 | $0.00 | $326.55 |
| 5200 | 1213830 | 02/13/2020 | $262.67 | $0.00 | $262.67 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOSE L HUERTAS                                                Case No.: 4-15-00440-RNO
    MARIA VIDAL-HUERTAS                             Chapter 13
          Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 22, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| GAIL L HILLS, ESQUIRE<br>LAW OFFICE OF GAIL L HILLS<br>PO BOX 628<br>CARLISLE PA, 17013- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1288<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| JOSE L HUERTAS<br>MARIA VIDAL-HUERTAS<br>929 PROSPECT AVE<br>WILLIAMSPORT, PA 17701 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 22, 2020

                                                        s/ Donna Schott
                                                        Charles J. DeHart, III, Trustee
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA 17036
                                                        Phone: (717) 566-6097
                                                        Fax: (717) 566-8313
                                                        eMail: dehartstaff@pamd13trustee.com