```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania

In re:                                              Case No. 15-00440-RNO
Jose L Huertas                                      Chapter 13
Maria Vidal-Huertas
          Debtors          CERTIFICATE OF NOTICE

District/off: 0314-4         User: AutoDocke        Page 1 of 2        Date Rcvd: May 06, 2020
                             Form ID: 3180WJ2       Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
```
db/jdb        +Jose L Huertas,   Maria Vidal-Huertas,   929 Prospect Ave,   Williamsport, PA 17701-4289
4602046       +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
4602047       +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
4643216        U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
               Harrisburg, PA  17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4628688        EDI: AIS.COM May 06 2020 23:13:00      American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
4605041        EDI: AIS.COM May 06 2020 23:13:00      American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
4602045       +E-mail/Text: nailda@centralcreditaudit.com May 06 2020 19:18:51      Central Credit Audit,
               Po Box 735,   Sunbury, PA 17801-0735
4602048       +EDI: IIC9.COM May 06 2020 23:13:00      IC System,   Attn: Bankruptcy,
               444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
4602050        E-mail/Text: camanagement@mtb.com May 06 2020 19:18:39      M & T Bank,   Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
4618327        E-mail/Text: camanagement@mtb.com May 06 2020 19:18:39      M&T BANK,   PO BAX 1288,
               Buffalo, NY 14240
4602051       +EDI: MID8.COM May 06 2020 23:13:00      Midland Funding,   8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
4616878        E-mail/Text: ebn@vativrecovery.com May 06 2020 19:18:39      Palisades Collections, LLC,
               VATIV RECOVERY SOLUTIONS LLC, dba SMC,   As agent for Palisades Collections, LLC,
               P.O. Box 40728,   Houston, TX 77240-0728
4605367        EDI: RECOVERYCORP.COM May 06 2020 23:13:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4602053       +EDI: VERIZONCOMB.COM May 06 2020 23:13:00      Verizon,   500 Technology Dr,   Ste 550,
               Weldon Spring, MO 63304-2225
                                                                                     TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4602049      ##+Keystone Credit Collec,   124 E Main St,   Lock Haven, PA 17745-1323
4602052      ##+Remit Corp,   36 W Main St,   Bloomsburg, PA 17815-1703
                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Elliott B Weiss   on behalf of Debtor 2 Maria  Vidal-Huertas ebweiss@chilitech.net,
           ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com
          Elliott B Weiss   on behalf of Debtor 1 Jose L Huertas ebweiss@chilitech.net,
           ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com
          Gail Lee Hills   on behalf of Debtor 1 Jose L Huertas gail.hills@ghillslaw.com,
           gail.hills@ghillslaw.com;r59574@notify.bestcase.com
          Gail Lee Hills   on behalf of Debtor 2 Maria  Vidal-Huertas gail.hills@ghillslaw.com,
           gail.hills@ghillslaw.com;r59574@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        John F Goryl   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Keri P Ebeck   on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
     jbluemle@bernsteinlaw.com
        Recovery Management Systems Corporation   claims@recoverycorp.com
        Thomas I Puleo   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                            TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose L Huertas | Social Security number or ITIN xxx–xx–4039 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Maria Vidal–Huertas | Social Security number or ITIN xxx–xx–7620 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   4:15–bk–00440–RNO

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maria Vidal–Huertas

**By the court:**



5/6/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 4:15-bk-00440-RNO   Doc 60   Filed 05/08/20   Entered 05/09/20 00:30:43   Desc
Imaged Certificate of Notice   Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---