```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-00440-RNO
Jose L Huertas                                                      Chapter 13
Maria Vidal-Huertas
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4           User: AutoDocke              Page 1 of 2                   Date Rcvd: Jul 24, 2020
                               Form ID: fnldecnd            Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
```
db/jdb         +Jose L Huertas,    Maria Vidal-Huertas,    929 Prospect Ave,    Williamsport, PA 17701-4289
4602046        +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
4602047        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4602048        +IC System,    Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
4602049        +Keystone Credit Collec,    124 E Main St,    Lock Haven, PA 17745-1323
4643216         U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4628688         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2020 19:44:59
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
4605041         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2020 19:44:50
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
4602045        +E-mail/Text: nailda@centralcreditaudit.com Jul 24 2020 19:37:09     Central Credit Audit,
                 Po Box 735,    Sunbury, PA 17801-0735
4602050         E-mail/Text: camanagement@mtb.com Jul 24 2020 19:36:59     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
4618327         E-mail/Text: camanagement@mtb.com Jul 24 2020 19:36:59     M&T BANK,    PO BAX 1288,
                 Buffalo, NY 14240
4602051        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2020 19:37:03     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4616878         E-mail/Text: ebn@vativrecovery.com Jul 24 2020 19:36:59     Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
4605367         E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2020 19:44:40
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4602053        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 24 2020 19:36:54
                 Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4602052       ##+Remit Corp,    36 W Main St,    Bloomsburg, PA 17815-1703
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elliott B Weiss   on behalf of Debtor 2 Maria  Vidal-Huertas ebweiss@chilitech.net,
               ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com
              Elliott B Weiss   on behalf of Debtor 1 Jose L Huertas ebweiss@chilitech.net,
               ebw_plg2@yahoo.com;weisser83903@notify.bestcase.com
              Gail Lee Hills   on behalf of Debtor 1 Jose L Huertas gail.hills@ghillslaw.com,
               gail.hills@ghillslaw.com;r59574@notify.bestcase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
         Gail Lee Hills    on behalf of Debtor 2 Maria  Vidal-Huertas gail.hills@ghillslaw.com,
          gail.hills@ghillslaw.com;r59574@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    M&T BANK josh.goldman@padgettlawgroup.com,
          bkgroup@kmllawgroup.com
         Keri P Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jose L Huertas,<br>**Debtor 1** | Chapter 13 |
| Maria Vidal−Huertas,<br>**Debtor 2** | Case No. 4:15−bk−00440−RNO |

Social Security No.:
    xxx−xx−4039    xxx−xx−7620

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Jose L Huertas and Maria Vidal−Huertas** in accordance with §1328 of the Bankruptcy Code.

Dated: July 24, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (05/18)